## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL DORAN, | : | |
| Plaintiff, | : | **SUMMONS IN A CIVIL CASE** |
| | : | |
| v. | : | CIVIL ACTION NO:           JJF |
| | : | |
| CFT AMBULANCE SERVICES, INC., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

TO:   CFT Ambulance Services, Inc.
      C/o Its Registered Agent
      Denette Lawson
      242 North James Street, Suite 200
      Newport, DE 19804

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY G. KEVIN FASIC, ESQUIRE at 1225 KING STREET, SUITE 200, WILMINGTON, DELAWARE 19801 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              6/24/08
_____              _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & complaint was made by me[(1)] | DATE<br>6/26/2008 @ 8:40 a.m. |
| NAME OF SERVER *(PRINT)*<br>**Carmen J. Verderamo** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Lisa Mellandena, authorized agent, c/o Denette Lawson, 242 North James Street, Suite 2100, Wilmington, DE 19804**

**47, F, W, 5'10", 120 pounds, brown hair, no glasses**

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/27/2008
                    Date

*Carmen J. Verderamo* (signature)

Carmen J. Verderamo

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure