## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL DORAN, | : |
| Plaintiff, | : C.A. No. 08-380 CB |
| v. | : |
| CFT AMBULANCE SERVICE, INC., | : |
| Defendant. | : |

### STIPULATED JUDGMENT

The Parties to the above-captioned action, by and through their undersigned counsel, and pursuant to the *Settlement Agreement and General Mutual Release* executed on June 4, 2012, hereby stipulate and agree to the entry of judgment in favor of Plaintiff and against Defendant, in the principal amount of Twenty-Seven Thousand Dollars ($27,000.00), less credit for any payments made against said amount pursuant to the aforementioned *Agreement*. Interest shall run on this Stipulated Judgment from the date of default by Defendant, September 1, 2012, at the monthly rate of 1.5%. Plaintiff shall be entitled to recover, in addition to all principal and interest that shall accrue, all costs of collection, including but not limited to reasonable attorney's fees, all legal expenses, and all court costs.

| COOCH AND TAYLOR, P.A. | THE CHARTWELL LAW OFFICES, LLP |
|---|---|
| */s/ G. Kevin Fasic* | */s/ Seth J. Reidenberg* |
| G. Kevin Fasic, Esquire (DE 3496) | Seth J. Reidenberg, Esquire (DE 3657) |
| 1000 West Street, 10th Floor | 300 Delaware Avenue, Suite 800A |
| P.O. Box 1680 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1680 | (302) 425-0100 |
| (302) 984-3815 | sreidenberg@chartwelllaw.com |
| kfasic@coochtaylor.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

[1] 9/24/12    *Christopher J. Burke*
United States Magistrate Judge